UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:15-cr-154								Date: November 30, 2015

United States of America      vs.      Marcus Hall

**PROCEEDINGS: Change of Plea.** The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged. The waiver of Indictment was executed in open court. Parties request to keep the Pretrial services report, Judge allows.

THE HONORABLE PAMELA L. REEVES, UNITED STATES DISTRICT JUDGE PRESIDING

| Angela Archer | Patti Antol (M&M) | Jennifer Kolman/Anne-Marie Svolto |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

| Richard Gaines | Joe Thomas |
|---|---|
| **Attorney for Defendant** | **Probation Officer** |

- ☐ No plea agreement filed
- ■ Plea Agreement Doc #2    filed on 11/5/15        ☐ sealed    ■ unsealed
- ■ Defendant is arraigned and specifically advised of his rights pursuant to Rule 11 F.R.C.P.
- ■ Defendant moves to change plea    ■ granted    ☐ denied
- ■ Defendant waives reading of the Indictment/Information    ☐ Indictment/Information read
- ■ Defendant pleads guilty to Counts 1 and 2 of the Information
- ☐ Government moves to dismiss the remaining count(s) as to this defendant at sentencing.
- ■ Referred for Presentence Investigative Report.
- ■ DATE SET:  **Sentencing:** April 20, 2016 at 10:00 a.m.
        **Before** the Honorable Pamela L. Reeves, United States District Judge

> • Parties must adhere to Local Rules 83.9(c) & 83.9(k)
>
> • If any witnesses are to be called at sentencing, parties must expressly file notice at least fourteen days prior to the sentencing date.

- ■ Defendant to remain on bond
- ☐ Defendant remanded to custody of the U.S. Marshal

10:00 a.m.    to    10:25 a.m.