# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    3:15-CR-154 |
| v. | ) | |
| | ) | JUDGES REEVES / GUYTON |
| GEORGE MARCUS HALL | ) | |

## ORDER FOR INTERLOCUTORY SALE OF PROPERTY

Based upon the joint motion of the United States of America, by attorney, Jennifer Kolman, Assistant United States Attorney for the Eastern District of Tennessee; George Marcus Hall, by his attorneys Robert R. Kurtz and Richard Gaines; and Knoxville TVA Employees Credit Union by their Vice President of Consumer Lending, John G. Redwine,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.     The Joint Motion for Interlocutory Sale of Property is granted.

2.     The properties described as follows will be sold pursuant to the terms set forth in the Joint Motion for Interlocutory Sale:

> 2009 Ford F150 Pickup Truck, white in color, VIN: 1FTRF12WX9KC36038, Tag# M63-88C, registered to George M. Hall, 2801 Maple Hollow, Lane, Knoxville, TN 37931-4141; and

> 2014 Porsche Panamera, black in color, VIN# WP0AA2A76EL006142, Tag# 981-ZFF, registered to George M. Hall, 700 E. Depot Ave, Knoxville, TN 37917-7611.

(hereinafter "the properties").

3. The net proceeds of the sale of the properties will be deposited in the Treasury Suspense Account by the United States Treasury, Internal Revenue Service and substituted as the properties listed above in this action pending a final judgment in this case.

ENTER:

_____
PAMELA L. REEVES
UNITED STATES DISTRICT JUDGE