UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:15-CR-154 |
| v. ) | Judges Reeves/Guyton |
| ) | |
| GEORGE MARCUS HALL ) | |

## PROTECTIVE ORDER

This matter having come before the Court upon the Motion of the United States of America for the entry of a protective order pursuant to 21 U.S.C. § 853(e)(1)(A) and 18 U.S.C. § 982(b)(1), and it appearing to the satisfaction of the Court:

1. On November 5, 2015, an Information was filed charging the defendant, GEORGE MARCUS HALL ("the defendant"), with violations of 18 U.S.C. §§ 1955, and 1956(h), and alleging forfeiture allegations pursuant to 18 U.S.C. §§ 1955(d), 981(a)(1)(C), and 982(a)(1), and 28 U.S.C. § 2461(c).

2. That the United States has moved, for a Protective Order pursuant to 21 U.S.C. § 853(e)(1)(A) and 18 U.S.C. § 982(b)(1) so as to preserve the *status quo* and prevent defendant from alienating, encumbering, or wasting the forfeitable property; and

3. That based upon the Information and the Supporting Motion submitted by the United States, cause has been shown for the entry of a protective order to preserve the real properties named in Attachment A to this Order (hereinafter "real properties").

It is, therefore, the ORDER of this Court that this Protective Order issue as to the real properties described in Attachment A hereto, and incorporated herein by this reference, to wit:

The defendant, his agents, servants, employees, attorneys, family members, those persons having any interest or control over the properties described in Attachment A, or any corporate

entity claiming an ownership interest in the properties described in Attachment A, and those in active concert or participation with the defendant, shall not, without approval of this Court upon notice to the United States and an opportunity for the United States to be heard:

    a) alienate, dissipate, transfer, sell, assign, lease, pledge, encumber, or dispose of, in any manner, directly or indirectly;

    b) cause to be alienated, dissipated, transferred, sold, assigned, leased, pledged, encumbered, or disposed of in any manner; or

    c) take, or cause to be taken, any action which could have the effect of concealing or moving from the jurisdiction of this Court, or that would have the effect of depreciating, damaging or in any way diminishing the value of the real properties named in Attachment A to this Order.

It is further ORDERED that if any of the real properties have been or are transferred or disposed of by any means, the defendant shall account to the Court for the disposition of the property.

It is further ORDERED that defendant shall be served with a copy of this Order.

It is further ORDERED that the Clerk of this Court provide the United States Attorney's Office with a certified copy of this Order to record in the county records where the identified real properties are located as soon as practical.

This order shall remain in effect until further Order of the Court or until the Court modifies the Order as appears necessary in the interest of justice and consistent with the purposes of 21 U.S.C. § 853.

ENTER:

_____
PAMELA L. REEVES
UNITED STATES DISTRICT JUDGE

2

Submitted for Entry:

WILLIAM C. KILLIAN
United States Attorney

By: *s/ Anne-Marie Svolto*
JENNIFER KOLMAN
ANNE-MARIE SVOLTO
Assistant United States Attorney
United States Attorney's Office
800 Market Street, Suite 211
Knoxville, Tennessee 37902
865.545.4167

# ATTACHMENT A

### a) Real Property Located at
### 1207 Crest Brook Drive, Knoxville, Tennessee 37923

SITUATED in the Sixth Civil District of Knox County, Tennessee, without the corporate limits of the City of Knoxville, Tennessee, being all of Lot 4, Crestbrook Subdivision, as shown by map of same of record in Map Book 74 S, page 45, in the Register's Office for Knox County, Tennessee, said property being bounded and described as shown on map of aforesaid Addition, to which map specific reference is hereby made for a more particular description; according to survey of Hinds Surveying Co., Knoxville, Tennessee,

BEING the same property conveyed to Dwight Douglas Furnas from Gayla Jo Funas Dyar (formerly Gayla Jo Furnas) and husband, Wade Dyar, by QuitClaim Deed September 9, 1993, of record in Deed Book 2115, page 284, in the Register's Office for Knox County, Tennessee.

BEING the same property conveyed to Dwight Douglas Furnas and wife, Gayla Jo Furnas, by Warranty deed dated October 23, 1986, of record in Deed Book 1897, page 480, in the Register's Office for Knox County, Tennessee.

THIS CONVEYANCE is made subject to restrictions in Deed Book 1747, page 840, corrected in Deed Book 1750, page 422, and Deed Book 1750, page 550; and all applicable easements and building set back lines, as shown on map of record.

For further reference see Warranty Deed recorded on July 20, 2011 as Instrument Number 201107200003440 in the Register of Deeds for Knox County, Tennessee.

### b) Real Property Located at
### 8515 Islandic Street, Knoxville, Tennessee 37931

Situated in District No. Six (6) of Knox County, Tennessee, and without the corporate limits of the City of Knoxville, Tennessee and being known and designated as all of Lot 12, Block B, Chips Crossing Subdivision, as shown on the plat of the same of record in Plat Cabinet L, Slide 304-B, Register's Office, Knox County, Tennessee, to which plat specific reference is hereby made for a more particular description and according to the survey of Kenneth D. Church, Surveyor, dated August 11, 1994, bearing Work Order #94-08-24

THIS CONVEYANCE IS MADE TOGETHER WITH AND SUBJECT TO a Joint Permanent Easement and the right to use of the common areas as set out in Deed Book 2009, page 474, Register's Office, Knox County, Tennessee and as shown on plat of record aforesaid.

BEING the same property conveyed to Tracey Jenkins and M. Jeffrey Whitt, both unmarried by Warranty Deed dated August 16, 1994 and of record in Warranty Deed Book 2150, page 1031 in the Register's Office for Knox County, Tennessee.

The above description is the same as the previous deed of record.

For further reference see Warranty Deed recorded on May 24, 2006 as Instrument Number 2000605240098755 in the Register of Deeds for Knox County, Tennessee.

### c) Real Property Located at 5604 Matlock Drive, Knoxville, Tennessee 37921

SITUATED in District No.8, of Knox County, Tennessee, and being more particularly described as follows:

BEGINNING at a stone in the old Nelson line in the road, a corner to J. C. McClain, and running thence with said Nelson line south 82 1/4 degrees east 236 ft. to a stone at the north edge of said road; thence south 6 1/2 degrees west 370 ft. to a stone; thence north 82 1/4 degrees west 236 ft. to a stone in the west line of B.F. Ferguson; thence with said west line northwardly a direct course to the beginning, containing two acres more or less, and being the same real estate conveyed to Geo. K. Collins and wife, Mollie Collins by W. Ferguson et al, by deed dated February 23, 1923, and of record in the Register's Office of Knox County, Tennessee, in Deed Book 376, page 48, which real estate lies south of the Third Creek Pike, about four and one half miles west of Knoxville, and being part of the tract of ground conveyed by S. W. Ferguson et al to W.D. Ferguson by deed dated January 1, 1874, of record in Book M. Vol. 3, page 524, all of record in Register's Office Knox County, Tennessee.

The above description was taken from the prior deed of record with no new boundary line survey having been completed at the time of this conveyance.

BEING the same property conveyed to Clarence Shields Wyrick and wife, Arietta Tennessee Wyrick, by deed dated 08/26/35 and filed of record in Book 566, page 266, in the Register's Office for Knox County, Tennessee. Clarence Shields Wyrick died on January 8, 1990, thereby leaving Arietta Mays Wyrick as his surviving Tenant by the Entirety. Also, see affidavit of death and heir ship of record as Instrument No. 201004010062122, in the Register's Office for Knox County, Tennessee.

This conveyance is made subject to all applicable restrictions, easements and building setback lines of record in said Register's Office.

For further reference see Warranty Deed recorded on April 1, 2010 as Instrument Number 201004010062123 in the Register of Deeds for Knox County, Tennessee.

### d) Real Property Located at 4204, 4208, 4212, 4216, 4220 and 4221 Craigleath Way, Knoxville, Tennessee 37918

**TRACT ONE:**

SITUATED in the Sixth (6th) Civil District of Knox County, Tennessee and without the corporate limits of the City of Knoxville, Tennessee, and being known and designated as Unit 5 of the Craigleath Commons, a Horizontal Property Regime, as shown on the Plat of said Condominiums of record in the Register's Office for Knox County, Tennessee, attached to the Master Deed of record as Instrument Number 200712280049791, in the Register's Office for Knox County, Tennessee, together with an undivided interest appurtenant to the Unit in all common elements of the project as described in the Master Deed together with an easement for ingress and egress across the roadways shown on the Plat. The easements, restrictive covenants, conditions and regulations imposed upon and relating to the property unit, co-owners, and tenants of the aforesaid condominiums contained in the Master Deed of record as Instrument Number 200712280049791, in the Register's Office for Knox County, Tennessee, are incorporated herein by reference and made a part hereof, the same as though copied herein.

Being the same property conveyed to Craigleath Commons, LLC by Quit Claim Deed dated June 24, 2005 of record at Instr. # 200506270104902 in the Register's Office for Knox County, Tennessee.

Being the same property conveyed to Dee Anne C. Reynolds by Quit Claim Deed recorded as Instrument Number 200810030023642 in the Register's Office for Knox County, Tennessee.

**TRACT TWO:**

SITUATED in the Sixth (6th) Civil District of Knox County, Tennessee and without the corporate limits of the City of Knoxville, Tennessee, and being known and designated as Units 6, 7, 8, 9, and 10 of the Craigleath Commons, a Horizontal Property Regime, as shown on the Plat of said Condominiums of record in the Register's Office for Knox County, Tennessee, attached to the Master Deed of record as Instrument Number 200712280049791, in the Register's Office for Knox County, Tennessee, together with an undivided interest appurtenant to the Unit in all common elements of the project as described in the Master Deed together with an easement for ingress and egress across the roadways shown on the Plat. The easements, restrictive covenants, conditions and regulations imposed upon and relating to the property unit, co-owners, and tenants of the aforesaid condominiums contained in the Master Deed of record as Instrument Number 200712280049791, in the Register's Office for Knox County, Tennessee, are incorporated herein by reference and made a part hereof, the same as though copied herein.

Being the same property conveyed to Craigleath Commons, LLC by Quit Claim Deed dated June 24, 2005 of record at Instr. # 200506270104902 in the Register's Office for Knox County, Tennessee.

Being the same property conveyed to David Reynolds by Quit Claim Deed recorded as Instrument Number 200810030023643 in the Register's Office for Knox County, Tennessee.

Assessor's Parcel I.D. No.: 038LD-00100F; 038LD-00100G; 038LD-00100H; 038LD-00100I; 038LD-00100J; and 038LD-00100E.

The foregoing legal description is the same as in the prior deed of record.

For further reference see Warranty Deed recorded on February 25, 2009 as Instrument Number 200902250053034 in the Register of Deeds for Knox County, Tennessee.

### e) Real Property Located at 2801 Maple Hollow Lane, Knoxville, Tennessee 37931

SITUATED in District No. Six (6), of Knox County, Tennessee, and without the corporate limits of the City of Knoxville, Tennessee, and being known and designated as Lot 8R, Maple Hollow Subdivision, Unit 2, a subdivision to Knox County, Tennessee, as shown by corrected map of record in Map Cabinet N, Slide 394-D, in the Register of Deeds Office for Knox County, Tennessee, to which map specific reference is hereby made for a more particular description.

THE SOURCE of the above description being the map of record in Map Cabinet N, Slide 394-D, in the Register of Deeds Office for Knox County, Tennessee; no boundary survey having been obtained at the time of this conveyance.

BEING part of the same property conveyed to Timothy A. Haig, doing business as Prime Enterprises, by Warranty Deed dated August 1, 1995, of record in Deed Book 2185, page 252, in the Register of Deeds Office for Knox County, Tennessee. Said Warranty Deed being Corrected and re-recorded in Deed Book 2185, page 252, in the Register of Deeds Office for Knox County, Tennessee.

THIS CONVEYANCE IS MADE SUBJECT TO all applicable restrictions, building set back lines, all existing easements and all other conditions as shown of record in the Register of Deeds Office for Knox County, Tennessee.

For further reference see Warranty Deed recorded on August 11, 2005 as Instrument Number 200508110013718 in the Register of Deeds for Knox County, Tennessee.

### f) Real Property Located at 745 Yorkland Way, Knoxville, Tennessee 37923

SITUATED in District Number Six (6) of Knox County, Tennessee, and without the corporate limits of the City of Knoxville, Tennessee, and being known and designated as all of Unit 9 of the WILLIAMSBURG MANOR Condominiums, said Unit being more fully described in the

Master Deed of record at Instrument No. 200404280099161, and amended at Instrument No. 200408110013018, Instrument No. 200503180073488 and Instrument No. 200605300100160, in the Register's Office for Knox County, Tennessee; said Unit is conveyed together with such limited common elements and common elements as are appurtenant thereto.

BEING the same property conveyed to Kyle J. Dunn and wife, Julie E. Dunn, by deed dated February 27, 2007, of record at instrument No. 200703020070486, in the Register's Office for Knox County, Tennessee.

THIS CONVEYANCE is made subject to all applicable restrictions, easements and building set back lines of record In the Register's Office for Knox County, Tennessee.

For further reference see Warranty Deed recorded on December 16, 2008 as Instrument Number 200812160037954 in the Register of Deeds for Knox County, Tennessee.

### g) Real Property Located at 3307 Wilson Avenue, Knoxville, Tennessee 37914

SITUATED in the First (1st) Civil District of Knox County, Tennessee, within the 13th Ward of the City of Knoxville, Tennessee, being known and designated as Lot 2, Block A, CASTLE HEIGHTS SUBDIVISION, Unit 1, as shown on map of same of record in Map Book 14, Page 129, in the Register's Office for Knox County, Tennessee, to which map specific reference is hereby made for a more particular description.

The above description is the same as the previous deed of record, no boundary survey having been made at the time of this conveyance.

BEING the same property conveyed to Anthony D. Shell, Single by Deed dated August 27, 1999, recorded as Instrument No. 199909010018453, in the Register's Office for Knox County, Tennessee.

THIS CONVEYANCE is made subject to applicable restrictions, setback lines, all existing easements and to all conditions as shown on the recorded map.

For further reference see Warranty Deed recorded on October 2, 2006 as Instrument Number 200610020029009 in the Register of Deeds for Knox County, Tennessee.

### h) Real Property Located at 915 South Castle Street, Knoxville, Tennessee 37914

SITUATED in the First (1st) (formerly 2nd) Civil District of Knox County, Tennessee, within the 14th Ward of the City of Knoxville, Tennessee, being known and designated as Lot 10, Block G, VILLA SITES SECOND ADDITION, as shown by map of same of record in Map Book 21, Page 126, Register's Office, Knox County, Tennessee, and being more fully described as follows:

BEGINNING at an iron pin in the southwest line of Castle Street, corner to Lot 7, said point being distant 186.97 feet northwesterly from the North right of way line of Sanland Avenue; thence from said beginning point with the line of Lot 7, South 45 deg. 13 min. West, 200 feet to an iron pin, comer to Lot 9; thence with the line of Lot 9, North 45 deg. 53 min. West, 60 feet to an iron pin; thence with the line of Lots 6, 7 and 8, Block B, North 44 deg. 43 min. East, 187.7 feet to an iron pin in the southwest line of Castle Street; thence with said line, South 57 deg. 8 min. East, 62.9 feet to the place of BEGINNING; according to the survey of Wayne L. Smith & Associates, Engineers, dated May 25, 1959.

The above description is the same as the previous deed of record, no boundary survey having been made at the time of this conveyance.

BEING the same property conveyed to Marvin L. Matthew and wife, Tiffanie Matthews by Deed dated October 31, 2000, recorded as Instrument No. 200011160033891, in the Register's Office for Knox County, Tennessee.
THIS CONVEYANCE is made subject to applicable restrictions, setback lines, all existing easements and to all conditions as shown on the recorded map.

For further reference see Warranty Deed recorded on April 19, 2006 as Instrument Number 200604190087106 in the Register of Deeds for Knox County, Tennessee.

### i)   Real Property Located at
### 2225 McCalla Avenue, Knoxville, Tennessee 37915

SITUATED in District No. One (1) of Knox County, Tennessee, within the 14th Ward of the City of Knoxville, Tennessee, being known and designated as part of Lot 12, SARAH ANN BLANG'S ADDITION, and being more fully described as follows:

BEGINNING at an iron pin in the North line of McCalla Avenue at the common corner between Lots 12 and 13, said point being distant 150 feet westerly from the northwest comer of McCalla Avenue and Spurgeon Street; thence from said beginning point with the line of McCalla Avenue, South 68 deg. West, 47 feet to an iron pin; thence North 22 deg. West, 71 feet to an iron pin; thence South 68 deg. West, 3 feet to an iron pin in the line of Lot 11; thence with the line of Lot 11, North 22 deg. West, 69 feet to an iron pin comer to Lot 26; thence with the line of Lot 26, North 68 deg. East, 50 feet to an iron pin, comer to Lot 13; thence with the line of Lot 13, South 22 deg. East, 140 feet to the place of BEGINNING; according to the survey of Batson & Himes, Engineers, Knoxville, Tennessee, dated August 25, 1959.

The above description is the same as the previous deed of record, no boundary survey having been made at the time of this conveyance.

BEING the same property conveyed to Mildred B. Porterfield by Deed dated March 20, 1967, recorded in Deed Book 1347, Page 267, in the Register's Office for Knox County, Tennessee.

THIS CONVEYANCE is made subject to applicable restrictions, setback lines, all existing easements and to all conditions as shown on the recorded map.

For further reference see Warranty Deed recorded on August 22, 2008 as Instrument Number 200808220013199 in the Register of Deeds for Knox County, Tennessee.

### j)     Real Property Located at
### 2227 McCalla Avenue, Knoxville, Tennessee 37915

SITUATED in District No. One (1) of Knox County, Tennessee, within the 14th Ward of the City of Knoxville, Tennessee, being known and designated as part of Lot 13, in the Sarah Ann Blang Addition, to the City of Knoxville, and being more particularly described as follows:

BEGINNING at a point in the north line of McCalla Avenue, distant in a westerly direction 100 feet of the northwest corner of McCalla Avenue and Thomas Street; thence in a northerly direction at a right angle to McCalla Avenue and on a line parallel with Thomas Street, 140 feet to a point; thence in a westerly direction on a line parallel with the north line of McCalla Avenue 50 feet to a point; thence in a southerly direction on a line parallel with the first line herein 140 feet to the north line of McCalla Avenue; thence in an easterly direction with the north line of McCalla Avenue 50 feet to the point of BEGINNING.

BEING the same property conveyed to the City of Knoxville, Tennessee, by Clerk and Master's Deed from John F. Weaver, Clerk and Master of the Chancery Court, dated August 14, 1997, and recorded in Deed Book 2260, page 160, in the Knox County Register's Office.

For further reference see Warranty Deed recorded on March 24, 2009 as Instrument Number 200903240060176 in the Register of Deeds for Knox County, Tennessee.

### k)     Real Property Located at
### 312 South Elmwood Street, Knoxville, Tennessee 37914

SITUATED in District One of Knox County, Tennessee, within the 14th Ward of the City of Knoxville, Tennessee, and being known and designated as all of Lot 35, in Rambo & Jack's Highland Park Addition, as shown by map of record in Map Book 6, Page 69, in the Register's Office for Knox County, Tennessee, to which map specific reference is hereby made for a more particular description.

The above description was taken from the prior deed of record with no new boundary line survey having been completed at the time of this conveyance.

BEING the same property conveyed to Lois K. Kelly, by deed dated 06/28/09 and filed of record as Instrument No. 200908060010605, in the Register's Office for Knox County, TN.

THIS conveyance is made subject to all applicable restrictions, easements and building setback lines of record in said Register's Office.

For further reference see Warranty Deed recorded on August 19, 2009 as Instrument Number 200908190013677 in the Register of Deeds for Knox County, Tennessee.

### l)  Real Property Located at
### 314 & 316 East Churchwell Avenue, Knoxville, Tennessee 37917

SITUATED in the 7th Civil District of Knox County, Tennessee, and within the 17th Ward of the City of Knoxville, Tennessee, and being known and designated as all of Lot 43, Block 32, in what is known as Oakwood Addition, as addition to the City of Knoxville, as shown by map of said addition of record in Map Book 5, Page 187, in the Register's Office of Knox County, Tennessee.

The above description was taken from the prior deed of record with no new boundary line survey having been made at the time of this conveyance.

This conveyance is made subject to all applicable restrictions, easement and building setback lines of record in said Register's Office.
Being the same property conveyed to Yancey S. Greene, by Deed dated 01/08/10 and filed of record as Instrument No. 201001210048190, in the Register's Office Knox County, Tennessee.

For further reference see Warranty Deed recorded on February 26, 2010 as Instrument Number 201002260055074 in the Register of Deeds for Knox County, Tennessee.

### m)  Real Property Located at
### 301 Atlantic Avenue, Knoxville, Tennessee 37917

SITUATED in District No. Seven (7) of Knox County, Tennessee, within the 18th Ward of the City of Knoxville, Tennessee, being known and designated as Lot 30, in Block F, of LINWOOD'S FIRST ADDITION to the City of Knoxville, fronting 50 feet on the North side of Atlantic Avenue and running back between parallel lines 150 feet to an alley and fronting 150 feet on the East side of Metler Street, as shown on map of said Addition, recorded in Map Book 7, Page 17, in the Register's Office for Knox County, Tennessee, to which map specific reference is hereby made for a more particular description.

The above description is the same as the previous deed of record, no boundary survey having been made at the time of this conveyance.

BEING the same property conveyed to Carl L. Monroe and wife, Jaunita Monroe by Deed dated November 8, 1955, recorded in Deed Book 1001, Page 411, in the Register's Office for Knox County, Tennessee. Carl L. Monroe died on or about May 7, 1990, thereby leaving Jaunita Monroe as his surviving Tenant by the Entirety. Jaunita Monroe died on or about January 6, 2006, providing for the disposition of her estate through her Last Will and Testament of record in Will Book 161, Page 620, Chancery Court Probate File No. P-06-648471. See also Affidavit of

record as Instrument No 200608280018634.

THIS CONVEYANCE is made subject to applicable restrictions, setback lines, all existing easements and to all conditions as shown on the recorded map.

For further reference see Warranty Deed recorded on August 28, 2006 as Instrument Number 200608280018635 in the Register of Deeds for Knox County, Tennessee.

### n) Real Property Located at 2325 Coker Avenue, Knoxville, Tennessee 37917

Situated in Civil District No. 2 of Knox County, Tennessee, and within the 16th Ward of the city of Knoxville, Tennessee, and being known and designated as all of Lot 10 in Block D, in what is known as GEORGE CAMP'S FIRST ADDITION to the City of Knoxville, as shown by map of said Addition of record in Map Book 13, Page 69, in the Register of Deeds Office for Knox County, Tennessee said lot lying at the northwest corner of the intersection of Coker Avenue with Zelda Street, and having a frontage of 67.5 feet of the northern side of Coker Avenue, and extending back therefrom between parallel lines in a northerly direction 154 feet on the eastern line thereof, or the western side of Zelda Street, and 153.4 feet along the western line thereof, to the southern line of a ten foot alley, and having a width of 67.5 feet along the rear or northern line thereof, and being more particularly bounded and described as follows:

BEGINNING at the point of intersection of the northern line of Coker Avenue with the western line of Zelda Street, said point marking the extreme southeast corner of the property herein described; thence with the northern line of Coker Avenue South 58 deg. 50' West, 67.5 feet to a point, said point marking common corner of Lots 9 and 10, and on a line parallel with the western line of Zelda Street, North 14 deg. 17' West, 153.4 feet to a point on the south side of a ten foot alley, said point marking the northwest corner of Lot No. 10 and the northeast corner of Lot No. 10 and the northeast corner of Lot No. 9 in said Block in said Addition; thence with the southern line of said alley, North 58 deg. 17' East, 67.5 feet to a point on the west side of Zelda Street, and said point marking the point of intersection of the southern line of said ten foot alley with the western line of Zelda Street; thence with the western line of Zelda Street, South 14 deg. 17' East, 154 feet to the place of Beginning, as shown by survey of Sehorn and Kennedy, Engineers, Knoxville, Tennessee, dated March 24, 1942.

BEING the same property conveyed to Harriett T. Pool by Frank J. Pool by Deed dated May 18, 2006, and of record in instrument number 200606210107182 in the Registers Office for Knox County, Tennessee. See also Deed to Frank J. Pool dated April 7, 2003 and of record in instrument number 200304100091504 in the Register's Office for Knox County, Tennessee.

The above description is the same as the previous deed of record.

For further reference see Warranty Deed recorded on February 22, 2007 as Instrument Number 200702220067869 in the Register of Deeds for Knox County, Tennessee.

### o) Real Property Located at
### 135 South Van Gilder Street, Knoxville, Tennessee 37915

SITUATED in District No. One of Knox County, Tennessee, and within the 14th Ward of the City of Knoxville, being all of Lot No. 45 in John S. Vangilder's Addition to Knoxville, as shown by map of record in Map Book 7, page 63, Plat Cabinet A, Slide 229-C, in the Register's Office for Knox County, Tennessee, to which map specific reference is hereby made for a more particular description of said lot, being more fully described as follows:

BEGINNING at a point in the West line of Vangilder Street, distant in a Northerly direction 273 feet from the North line of East Vine Avenue and corner to Lot 48; running thence with the line of Lot 48, Westerly 125 feet to the line of Shields Addition at a point Northerly 330 feet as measured along the line of Shields Addition from the North line of East Vine Avenue; running thence with the East line of Shields Addition, North 50 feet; running thence East, 125 feet to the West line of Vangilder Street; running thence with said line, Southerly 50 feet to the point of BEGINNING.

THE above description being the same as the previous Deed of record; no boundary survey having been obtained at the time of this conveyance.

BEING the same property conveyed to MONESIA KPANA, by FREDIA C. CRAIG AND HUSBAND, JAMES W. CRAIG, III, INDIVIDUALLY AND AS SOLE HEIR-AT-LAW OF JAMES WESLEY CRAIG, JR. NKJA JAMES W. CRAIG, by Warranty Deed dated September 8, 2010, recorded September 14,2011, in Instrument No. 201109140014228, in the Register's Office for Knox County, Tennessee.

THIS conveyance is made subject to any and all applicable restrictions, building setback lines, any and all existing easements, and to all conditions as shown on the recorded map. ·

For further reference see Warranty Deed recorded on July 24, 2012 as Instrument Number 201207240004668 in the Register of Deeds for Knox County, Tennessee.

### p) Real Property Located at
### 4435 Anderson Road, Knoxville, Tennessee 37918

An undivided interest in the property situated in District No. Seven (7) of Knox County, Tennessee, and within the 34th Ward of the City of Knoxville, and being designated as Property of Tom B. Hensley, as shown by map of same of record in Map Book 46-L, Page 45 in the Register's Office for Knox County; Tennessee, and being more fully described as follows:

Beginning at an iron pin in the westerly line of Anderson Road, comer to property of Horace Alford and Irene B. LaRue; said pin being located 2025 feet in a northerly or northeasterly direction from the intersection of Anderson Road and the center line of Beverly Road; thence along the LaRue line, North 37 deg. 34 min. West, 400 feet to an iron pin; thence continuing

13

along the LaRue line, North 14 deg. 24 min. East 200 feet to an iron pin in the line of property of Radio Station WNOX; thence along the line of Radio Station WNOX, South 37 deg. 34 min. East, 400 feet to an iron pin in the easterly line of Anderson Road; thence along said line, South 14 deg. 24 min. West, 200 feet to the place of beginning, as shown by survey of G. F. Clark, Surveyor, dated April 2, 1966, and certified by Sam B. Godsey, Engineer, Knoxville, Tennessee.

Being the same property conveyed to Charlotte B. Hensley by deed dated June 3, 1966, and of record in Deed Book 1325, Page 682 in the Register's office of Knox County, Tennessee. Being the same property conveyed to Thomas B. Hensley, Jean E. Hensley .Edwards and William Staley Hensley, Jr. by deed dated August 18, 1983 from Charlotte B. Hensley Seigel, fka Charlotte B. Hensley in Deed Book 1799, page 686, in the Register's Office of Knox County, Tennessee.

Thomas B. Hensley devised his interest in the property to Johnnie Belle Cook Hensley in his Will, in Will Book 104, page 871, who conveyed her interest to JBCH Properties, LLC in Instrument # 199906110204094.

Jean E. Hensley Edwards conveyed her interest to Jean Elizabeth Hensley Edwards, as Trustee for the Jean Elizabeth Hensley Edwards Family Trust in Deed Book 2201, page 113.

William Staley Hensley, Jr. died testate, devising his interest in the property to his wife, Vicki D. Hensley. For further reference see Affidavit of record in Instrument No. 200910010023584 and Probate File No. P-68620-3 in the Knox County Clerk and Master's Office.

Vicki Hensley, widow, conveyed her one-third (1/3) interest in the property in Warranty Deed dated December 31, 2009 to JBCH Properties, LLC and Jean Elizabeth Hensley Edwards Family Trust, Jean Elizabeth, Trustee, recorded in Instrument No. 201001050044858, in the Register's Office of Knox County, Tennessee.

For further reference see Warranty Deed recorded on November 15, 2010 as Instrument Number

201011150030259 in the Register of Deeds for Knox County, Tennessee.