

# Department of the Treasury
## Federal Law Enforcement Agencies
### PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:15-CR-154 |
| DEFENDANT | TYPE OF PROCESS |
| George Marcus Hall | Protective Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
George Marcus Hall c/o Richard Gaines, Esq.

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
Daniel, Harp & Gaines, 550 Main Street, Suite 950, Knoxville, TN 37902

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Anne-Marie Svolto
Assistant U.S. Attorney
U.S. Attorney's Office
800 Market Street, Suite 2110
Knoxville, Tennessee 37902

NUMBER OF PROCESS TO BE SERVED IN THIS CASE: 1
NUMBER OF PARTIES TO BE SERVED IN THIS CASE:
CHECK BOX IF SERVICE IS ON USA:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

(IRS Case No. 1000265674) Please serve upon person listed above **by certified return receipt mail**/ Please return the original of this form along with original green return receipt signed by recipient to USAO.

Signature of Attorney or other Originator requesting service on behalf of ☒ PLAINTIFF ☐ DEFENDANT
*Anne-Marie Svolto / by J. Sorey*
TELEPHONE NO. (865) 545-4167
DATE 12/28/15

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number Of process indicated
District of Origin No.____
District to Serve No.____
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.
DATE 12/28/2015

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

☐ A person of suitable age and discretion then residing In the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 1/4/16
TIME OF SERVICE: ☐ AM ☐ PM
SIGNATURE, TITLE AND TREASURY AGENCY: AFC IRS-CI

**REMARKS:** Sent via Certified Mail # 7014 2120 0002 0720 9632 (see attached - return receipt)

TD F 90-22.48 (6/96)

**EXHIBIT 1**


