UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:15-CR-154 |
| v. | ) | |
| | ) | JUDGES REEVES / GUYTON |
| GEORGE MARCUS HALL | ) | |

## NOTICE OF FORFEITURE

NOTICE IS HEREBY GIVEN, that on December 11, 2015, in the above-captioned case, the Honorable Pamela L. Reeves, United States District Judge for the Eastern District of Tennessee, entered an Agreed Preliminary Order of Forfeiture condemning and forfeiting the interest of the defendant, GEORGE MARCUS HALL, in the following properties, to the United States:

a. Bank Accounts

Contents of People's Bank of the South, account number xxx619 in the name of Palace Package Store, Inc. and Clarence McDowell;

U.S. Currency in the amount of $102,024.11, seized from BB&T account number xxx6280, in the name of George Marcus Hall;

Contents of Wells Fargo Advisor Account, account number xxx0664 in the name of George Marcus Hall; and

Contents of Wells Fargo Advisor Account, account number xxx2947 in the name of George Marcus Hall.

b. Vehicles

2014 Porsche Panamera, black in color, VIN# WP0AA2A76EL006142, Tag# 981-ZFF, registered to George M. Hall, 700 E. Depot Ave, Knoxville, TN 37917-7611; and

2009 Chrysler 300, red in color, VIN: 2C3KA33V99H601239, Tag# 150-VHB, registered to Phillip D. and Mary H. Dean, 840 Cunningham St., Alcoa, TN 37701-1504.

c. <u>Real Property</u>

Real property located in the Sixth Civil District of Knox County, Tennessee at 1207 Crest Brook Drive, Knoxville, Tennessee 37923, belonging to G. Marcus Hall. For further reference see Warranty Deed recorded on July 20, 2011 as Instrument Number 201107200003440 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Sixth Civil District of Knox County, Tennessee at 8515 Islandic Street, Knoxville, Tennessee 37931, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on May 24, 2006 as Instrument Number 2000605240098755 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Eighth District of Knox County, Tennessee at 5604 Matlock Drive, Knoxville, Tennessee 37921, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on April 1, 2010 as Instrument Number 201004010062123 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Sixth Civil District of Knox County, Tennessee at 4204, 4208, 4212, 4216, 4220 and 4221 Craigleath Way, Knoxville, Tennessee 37918, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on February 25, 2009 as Instrument Number 200902250053034 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Sixth Civil District of Knox County, Tennessee at 2801 Maple Hollow Lane, Knoxville, Tennessee 37931, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on August 11, 2005 as Instrument Number 200508110013718 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Sixth Civil District of Knox County, Tennessee at 745 Yorkland Way, Knoxville, Tennessee 37923, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on December 16, 2008 as Instrument Number 200812160037954 in the Register of Deeds for Knox County, Tennessee.

Real property located in the First Civil District of Knox County, Tennessee at 3307 Wilson Avenue, Knoxville, Tennessee 37914, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on October 2, 2006 as Instrument Number 200610020029009 in the Register of Deeds for Knox County, Tennessee.

Real property located in the First Civil District of Knox County, Tennessee at 915 South Castle Street, Knoxville, Tennessee 37914, belonging to George Marcus Hall.  For further reference see Warranty Deed recorded on April 19, 2006 as Instrument Number 200604190087106 in the Register of Deeds for Knox County, Tennessee.

Real property located in the First Civil District of Knox County, Tennessee at 2225 McCalla Avenue, Knoxville, Tennessee 37915, belonging to George Marcus Hall.  For further reference see Warranty Deed recorded on August 22, 2008 as Instrument Number 200808220013199 in the Register of Deeds for Knox County, Tennessee.

Real property located in the First Civil District of Knox County, Tennessee at 2227 McCalla Avenue, Knoxville, Tennessee 37915, belonging to Marcus Hall.  For further reference see Warranty Deed recorded on March 24, 2009 as Instrument Number 200903240060176 in the Register of Deeds for Knox County, Tennessee.

Real property located in the First Civil District of Knox County, Tennessee at 312 South Elmwood Street, Knoxville, Tennessee 37914, belonging to George Marcus Hall.  For further reference see Warranty Deed recorded on August 19, 2009 as Instrument Number 200908190013677 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Seventh Civil District of Knox County, Tennessee at 314 & 316 East Churchwell Avenue, Knoxville, Tennessee 37917, belonging to George Marcus Hall.  For further reference see Warranty Deed recorded on February 26, 2010 as Instrument Number 201002260055074 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Seventh Civil District of Knox County, Tennessee at 301 Atlantic Avenue, Knoxville, Tennessee 37917, belonging to George Marcus Hall.  For further reference see Warranty Deed recorded on August 28, 2006 as Instrument Number 200608280018635 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Second Civil District of Knox County, Tennessee at 2325 Coker Avenue, Knoxville, Tennessee 37917, belonging to George Marcus Hall.  For further reference see Warranty Deed recorded on February 22, 2007 as Instrument Number 200702220067869 in the Register of Deeds for Knox County, Tennessee.

> Real property located in the First Civil District of Knox County, Tennessee at 135 South Van Gilder Street, Knoxville, Tennessee 37915, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on July 24, 2012 as Instrument Number 201207240004668 in the Register of Deeds for Knox County, Tennessee.
>
> Real property located in the Seventh Civil District of Knox County, Tennessee at 4435 Anderson Road, Knoxville, Tennessee 37918, belonging to George Marcus Hall, dba Growing Properties. For further reference see Warranty Deed recorded on November 15, 2010 as Instrument Number 201011150030259 in the Register of Deeds for Knox County, Tennessee.

YOU ARE HEREBY NOTIFIED that the United States intends to dispose of the properties in such manner as the United States Secretary of Treasury may direct.

Pursuant to Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1), if you have a legal interest in the properties, WITHIN THIRTY (30) DAYS of the final publication of this notice or receipt of written notice, whichever is earlier, you must petition the United States District Court for the Eastern District of Tennessee for a hearing to adjudicate the validity of your alleged legal interest in the properties. If a hearing is requested, it shall be held before the Court alone, without a jury.

THE PETITION must be signed by the petitioner under penalty of perjury, as established in Title 28, United States Code, Section 1746, and shall set forth the nature and extent of your right, title or interest in the properties, the time and circumstances of your acquisition of the right, title or interest in the properties and any additional facts supporting your claim and the relief sought.

Pursuant to Title 21, United States Code, Section 853(n)(2) as incorporated by Title 18, United States Code, Section 982(b)(1), NEITHER A DEFENDANT IN THE ABOVE-STYLED CASE NOR HIS AGENT IS ENTITLED TO FILE A PETITION.

ANY HEARING on your petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of your petition. The Court may consolidate your hearing on the petition with any other hearings requested on any other person other than the defendant named above.

YOU HAVE THE RIGHT at the hearing to testify and present evidence and witnesses on your own behalf and cross examine witnesses who appear at the hearing.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE-DESCRIBED PROPERTIES, WITHIN THIRTY (30) DAYS OF THIS NOTICE, YOUR RIGHT, TITLE AND INTEREST IN THE PROPERTIES SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTIES HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

The petition shall be filed with the United States District Court for the Eastern District of Tennessee at Knoxville at 800 Market Street, 3rd Floor, Knoxville, Tennessee, 37902. A copy of this petition also shall be served upon the United States to the attention of Anne-Marie Svolto, Assistant United States Attorney, 800 Market Street, Suite 211, Knoxville, Tennessee 37902.

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices.

    Respectfully submitted,

    NANCY STALLARD HARR
    Acting United States Attorney

By: *s/Anne-Marie Svolto*
    ANNE-MARIE SVOLTO
    Assistant United States Attorneys
    800 Market Street, Suite 211
    Knoxville, Tennessee 37902
    (865) 545-4167