

# From the desk of: Coach Ed Irvin, ret.

8117 Burchell Ln.
Knoxville, TN 37920
(H) 573-1578
(C) 805-7652
Email: ecirvin@att.net

TO: The Honorable Pamela L. Reeves
FM: Ed & Christie Irvin
SUBJ: Marcus Hall
Date: 3/16/16

Dear Judge Reeves:

We are retired educators, having taught and coached for over 30 years in three different school systems in the Knoxville area.

Our relationship to Marcus Hall began a number of years ago when our middle daughter, Marty Jane, became friends with Marcus. We have had limited contact with him (ex. Christmas, Thanksgiving, Easter and an occasional meal at a restaurant) until last July when Marty informed us that she was pregnant with Marcus' baby. Indigo Jolee was born 2/16/16 and we have seen more of Marcus recently.

Marcus has always been very personable with us and we always enjoyed his company.

Needless to say, the events of the past months have been unsettling and we are hoping that things go well for Marcus and we are prepared to help Marty and Marcus in any way we can to get thru whatever might occur.

Sincerely,

*Edward H Irvin*

Edward H. Irvin

*Christina C. Irvin*

Christina C. Irvin



**COACH ED IRVIN- RET.**
**8117 BURCHELL LN.**
**KNOXVILLE, TN 37920**

INSPECTED

KNOXVILLE TN 377

16 MAR 2016 PM 2 L



RECEIVED

MAR 1 8 2016

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

The Honorable
Pamela L. Reeves
800 Market St. Suite 145
Knoxville, TN  37920

3790232645