# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES

**Case No.:** 3:15-cr-154  **At:** Knoxville, TN - Courtroom 3A  **Date:** March 21, 2016

**Style:** United States of America **vs** George Marcus Hall (not present)

___

**Present Before**: Honorable Bruce Guyton, United States Magistrate Judge

|  | ECRO |  |
|---|---|---|
| Mallory Maurer | Dana Holloway | Michelle Gensheimer |
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

|  | Reid Troutman (Peoples Bank of South) |
|---|---|
|  | Kenneth Holbert (Knoxville Area Urban League, Inc.) |
| Anne Marie Svolto | David Dupree (via telephone for Phillip Dean) |
| **Asst. U.S. Attorney** | **Attorneys for Petitioners** |

**Others Present:** CSO

**Proceedings:** Parties present for evidentiary hearing. Arguments heard. Parties advised court of agreements between parties.

**Time:** 11:00 a.m. **to** 11:30 a.m.