# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:15-CR-154 |
| v. ) | Judge Reeves |
| ) | |
| GEORGE MARCUS HALL ) | |

## NOTICE OF NO OBJECTION TO THE
## PRESENTENCE INVESTIGATION REPORT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this Notice of No Objection to the Presentence Investigation Report, and states that having reviewed the Presentence Investigation Report prepared by Joe Thomas, United States Probation Officer, the government has no objection thereto.

Respectfully submitted this 23rd day of March, 2016.

          NANCY STALLARD HARR
          ACTING UNITED STATES ATTORNEY

By:   *s/ Jennifer Kolman*
       Jennifer Kolman
       Assistant United States Attorney
       800 Market Street, Suite 211
       Knoxville, Tennessee 37902
       (865) 545-4167

## CERTIFICATE OF SERVICE

I hereby certify that, on March 23, 2016, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By:   *s/ Jennifer Kolman*
       Jennifer Kolman
       Assistant United States Attorney