# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    3:15-CR-154 |
| v. | ) | |
| | ) | JUDGES REEVES / GUYTON |
| GEORGE MARCUS HALL | ) | |

## JOINT MOTION FOR ENTRY OF CONSENT ORDER

The United States of America, by and through ANNE-MARIE SVOLTO, Assistant United States Attorney for the Eastern District of Tennessee, and DAVID H. DUPREE, counsel for claimant, Phillip D. Dean, move for entry of the attached Consent Order pursuant to Rule 32.2(b), Federal Rules of Criminal Procedure and in compliance with ECF Rule 4.8.

Respectfully submitted on April 1, 2016.

                NANCY STALLARD HARR
                Acting United States Attorney

       By:   *s/Anne-Marie Svolto*
            ANNE-MARIE SVOLTO 025716
            Assistant United States Attorneys

            *s/David H. Dupree*
            DAVID H. DUPREE   025120
            Attorney for Phillip Dean

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by regular U.S. mail.

            *s/Anne-Marie Svolto*
            ANNE-MARIE Svolto
            Assistant United States Attorney