UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| United States of America | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Case No.: 3:15-CR-154-PLR-HBG |
| | ) | |
| George Marcus Hall | ) | |

## ORDER OF REFERRAL

It is hereby ORDERED that Knox County's objection to forfeiture [R. 47] is REFERRED to the Honorable H. Bruce Guyton, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and the Rules of this Court, for disposition or for a report and recommendation as may be appropriate.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**