UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.                                                                                    No. 3:15-CR-154
                                                                                      Reeves

GEORGE MARCUS HALL

---

**MOTION FOR LEAVE TO FILE UNDER SEAL**

---

Comes the Defendant, George Marcus Hall, through counsel, and respectfully requests that the Court order that the Defendant's Supplement to Sentencing Memorandum be filed under seal. The Defendant's Supplement contains private and sensitive information relating to the Defendant that should not be made available to the general public.

Respectfully submitted on April 18, 2015.

s/ Robert R. Kurtz
Robert R. Kurtz
BPR No. 020832
Stanley & Kurtz, PLLC
422 S. Gay St., Ste. 301
Knoxville, TN 37902
865/522-9942
rrkurtz@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/ Robert R. Kurtz
Robert R. Kurtz
