UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | 3:15-CR-154 | |
| v. | ) | | |
| | ) | JUDGE REEVES | |
| GEORGE MARCUS HALL, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## MOTION TO FILE OUT-OF-TIME OBJECTIONS
## TO THE PRESENTENCE INVESTIGATION REPORT

The United States of America, by and through the undersigned Assistant United States Attorney for the Eastern District of Tennessee, hereby files this motion to file out-of-time objections to the Presentence Investigation Report ("PSR") (Doc. 33).

The PSR was filed on March 14, 2016. (Doc. 33.) The government filed a Notice of No Objections to the PSR on March 23, 2016. (Doc. 41.) Information not formerly known to the government, obtained through the Defendant's filing of his sentencing memorandum and request for variance/departure to include letters of support and character reference on April 18, 2016 (Doc. 53), requires the government to file out-of-time objections.

Respectfully submitted this the 20th day of April, 2016.

Nancy Stallard Harr
Acting United States Attorney

By:    *s/ Jennifer Kolman*
       Jennifer Kolman
       Assistant United States Attorney
       800 Market Street, Suite 211
       Knoxville, Tennessee 37902
       (865) 545-4167

## CERTIFICATE OF SERVICE

       I hereby certify that on April 20, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by either regular U.S. mail or inter-office delivery. Parties may access this filing through the Court's electronic filing system.

*s/ Jennifer Kolman*
Jennifer Kolman
Assistant United States Attorney