# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **3:15-CR-154** |
| | ) | **JUDGES REEVES/GUYTON** |
| GEORGE MARUS HALL | ) | |

## MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM ON BEHALF OF GEORGE "MARCUS" HALL UNDER SEAL

Comes now the United States of America, by its counsel, Jennifer Kolman, Assistant United States Attorney, and respectfully requests that the Response in Opposition to Defendant's Supplement to Sentencing Memorandum on Behalf of George "Marcus" Hall in the above-referenced matter be sealed due to the sensitive nature of the material contained in the response.

WHEREFORE, the United States of America respectfully requests that the response be sealed with the exception that the United States Attorney's Office and counsel for the defendant will be provided a stamp-filed copy.

Respectfully submitted this 25th day of April, 2016.

NANCY STALLARD HARR
ACTING UNITED STATES ATTORNEY

By:     *s/ Jennifer Kolman*
JENNIFER KOLMAN
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee  37902
(865) 545-4167

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2016, the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

By:     *s/ Jennifer Kolman*
Jennifer Kolman
Assistant United States Attorney