## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.  3:15-CR-154 |
| v. ) | |
| ) | JUDGES REEVES / GUYTON |
| GEORGE MARCUS HALL ) | |

### ORDER OF DISMISSAL OF FORFEITURE ALLEGATIONS

Upon Motion of the United States, and for good cause shown, the forfeiture allegations contained in the Information [Doc. 1] in the above-styled case against the following property is hereby dismissed:

> 2004 BMW, dark gray in color, VIN: WBAGN63454DS49875;
> Tag# 162-SQR, registered to Palace Package Store, Inc.,
> 3210 Rudy St., Knoxville, TN 37921;

ENTER:

_____
PAMELA L. REEVES
UNITED STATES DISTRICT JUDGE

Submitted by:

NANCY STALLARD HARR
ACTING UNITED STATES ATTORNEY


By:  *s/Anne-Marie Svolto*
 Anne-Marie Svolto, BPR# 025716
 Assistant United States Attorney
 800 Market Street, Suite 211
 Knoxville, Tennessee 37902
 (865) 545-4167