# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

Case #: 3:15-cr-154                                    Date: June 8, 2016

United States of America        vs.        George Marcus Hall

**PROCEEDINGS: Sentencing.** The Court hears objections to the Presentence Investigative Report and as to sentencing recommendations. Joint Motion for Amended Agreed Preliminary Order of Forfeiture filed in open court and Judge enters Order approving same.

---

THE HONORABLE PAMELA L. REEVES, UNITED STATES DISTRICT JUDGE PRESIDING

Angela Archer                    Tiffany Ashton (M&M)          Jennifer Kolman/Anne-Marie Svolto
**Deputy Clerk**                 **Court Reporter**            **Asst. U.S. Attorney**

Richard Gaines/Robert Kurtz                                   Carol Cavin
**Attorney for Defendant**                                    **Probation Officer**

■     Defendant allocutes
■     Defendant's Motion          ☐  granted   ■  denied
■     **JUDGMENT OF THE COURT:**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 33 months as to Count 1 and 2 of the Information, to be served concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. No fine imposed. The defendant shall comply with the special conditions as set forth in the J&C.

■     **COURT RECOMMENDATIONS:**

The court recommends that the defendant receive 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program The court recommends the defendant participate in educational classes and vocational training, if available, while incarcerated. Lastly, the court recommends the defendant be designated to Montgomery, AL or Manchester, KY.

■     Special assessment: $200.00               ☐     Restitution: $
■     Defendant remains released pending designation
☐     Defendant remanded to custody

2:20 p.m.    to    3:05 p.m.
3:20 p.m.    to    3:50 p.m.