UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED IN OPEN COURT THIS 6/8/16
CLERK, U.S. DISTRICT COURT
EASTERN DIST. OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.    3:15-CR-154 |
| v. ) | |
| ) | JUDGES REEVES / GUYTON |
| GEORGE MARCUS HALL ) | |

### JOINT MOTION FOR ENTRY OF
### AMENDED AGREED PRELIMINARY ORDER OF FORFEITURE

The United States of America, by and through Anne-Marie Svolto, Assistant United States Attorneys for the Eastern District of Tennessee, and Robert R. Kurtz and Richard Gaines, counsel for the defendant, move for entry of the attached Amended Agreed Preliminary Order of Forfeiture pursuant to Rule 32.2(b), Federal Rules of Criminal Procedure and in compliance with ECF Rule 4.8.

Respectfully submitted on June 8, 2016.

NANCY STALLARD HARR
Acting United States Attorney

By: _____
ANNE-MARIE SVOLTO
Assistant United States Attorney

_____
ROBERT R. KURTZ
Attorney for the Defendant

_____
RICHARD GAINES
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by regular U.S. mail.

*s/Anne-Marie Svolto*
ANNE-MARIE SVOLTO
Assistant United States Attorney