UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   3:15-CR-154 |
| v. | ) | |
| | ) | JUDGES REEVES / GUYTON |
| GEORGE MARCUS HALL | ) | |

## AMENDED AGREED PRELIMINARY ORDER OF FORFEITURE

On November 5, 2015 an Information was filed charging the defendant, GEORGE MARCUS HALL, in Count One with conducting, financing, managing, supervising, directing and owning an illegal gambling operation in violation of Title 18, United States Code, Section 1955, and in Count Two with conspiracy to commit money laundering in violation of Title 18, United States Code, Section 1956(h).

In the forfeiture allegations of the Information in the above-styled case, the United States sought forfeiture of the interest of the defendant, GEORGE MARCUS HALL, pursuant to Title 18, United States Code, Sections 1955(d) and Title 28, United States Code, Section 2461(c), in any property, including money, used in the offense in violation of Title 18, United States Code, Section 1955(a), and pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense.

The United States also alleged forfeiture pursuant to Title 18, United States Code, Section, 982(a)(1), in any property real or personal, involved in the offense of Title 18, United States Code, Section 1956(h), and any property traceable to such property.

On November 5, 2015, a Plea Agreement (Doc. 2) was filed wherein the defendant, GEORGE MARCUS HALL, pled guilty to the offenses charged in the Information and agreed to the forfeiture of the properties set forth in the Information.

On November 30, 2015, this Court accepted the guilty plea of the defendant GEORGE MARCUS HALL, and by virtue of the guilty plea and conviction, the Court determined that the properties identified in the Information were subject to forfeiture pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(C), and 982(a)(1) and Title 28, United States Code, Section 2461(c), and that the United States had established the requisite nexus between the properties and the offenses for seizure pursuant to Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

On December 11, 2015 an Agreed Preliminary Order of Forfeiture (Doc. 12) was filed wherein the defendant agreed to forfeit his interest in the properties referenced in the Information.

The properties set forth below were listed for forfeiture in the Agreed Preliminary Order of Forfeiture filed on December 11, 2015, and have been administratively forfeited by the United States Department of Treasury, Internal Revenue Service. Notices of Administrative Forfeiture were filed on January 12, 2016 (Doc. 16) and April 22, 2016 (Doc. 66). Therefore, the United States no longer seeks criminal judicial forfeiture of the following properties:

    a.    <u>Bank Accounts</u>

        U.S. Currency in the amount of $2,264.12, seized from People's Bank of the South account number xxx9895 in the name of Triple M Property Management, LLC, and Maurece McDowell;

        U.S. Currency in the amount of $14,368.63, seized from People's Bank of the South account number xxx5838 in the name of Clarence McDowell;

U.S. Currency in the amount of $3,351.25, seized from People's Bank of the South account number xxx5862 in the name of Lonsdale Payment Center;

Funds seized from TVA Employee Credit Union account number xxx7348 in the name of George Marcus Hall;

U.S. Currency in the amount of $10,387.41, seized from BB&T account number xxx8618, in the name of George Marcus Hall;

Contents of Wells Fargo Advisor Account, account number xxx0664 in the name of George Marcus Hall; and

Contents of Wells Fargo Advisor Account, account number xxx2947 in the name of George Marcus Hall.

b. <u>United States Currency</u>

U.S. Currency in the amount of $1,052.00 seized on June 8, 2015 at 3212 Rudy Street, Knoxville, Tennessee, 37921;

U.S. Currency in the amount of $3,000.00 seized on June 8, 2015 at 3212 Rudy Street, Knoxville, Tennessee, 37921;

U.S. Currency in the amount of $13,330.95 seized on June 8, 2015 at 3212 Rudy Street, Knoxville, Tennessee, 37921;

U.S. Currency in the amount of $281.00 seized on June 8, 2015 at 3212 Rudy Street, Knoxville, Tennessee, 37921;

U.S. Currency in the amount of $6,550.00 seized on June 8, 2015 at 3212 Rudy Street, Knoxville, Tennessee, 37921;

U.S. Currency in the amount of $425.25 seized on June 8, 2015 at 3212 Rudy Street, Knoxville, Tennessee, 37921;

U.S. Currency in the amount of $21,271.00 seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921;

U.S. Currency in the amount of $82,049.00 seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921;

U.S. Currency in the amount of $66,413.00 seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921;

U.S. Currency in the amount of $4,569.00 seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921; and

U.S. Currency in the amount of $301.00 seized on June 8, 2015 at 2228 McCalla Avenue, Knoxville, Tennessee 37915.

Additionally, the United States has decided not pursue forfeiture of the 2004 BMW, dark gray in color, VIN: WBAGN63454DS49875; Tag# 162-SQR, registered to Palace Package Store, Inc., 3210 Rudy St., Knoxville, TN 37921. A Motion to Dismiss (Doc. 65) was filed with this Court on April 21, 2016. An Order (Doc. 76) dismissing the vehicle from the Information was filed on May 4, 2016.

On March 29, 2016, a Bill of Particulars for Forfeiture of Property (Doc. 42) was filed to include additional properties available for forfeiture named herein. The United States now seeks forfeiture of the following properties in addition to the properties listed in the forfeiture allegations of the Information:

> 14kt gold diamond solitaire ring seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921;
>
> Waterfall ring with 19 diamonds seized on June 8, 2015 at 2801 Maple Hollow Lane, Knoxville, Tennessee 37931;
>
> 14kt white gold bracelet with diamonds (Tag - $21,000) seized on June 8, 2015 at 2801 Maple Hollow Lane, Knoxville, Tennessee 37931;
>
> Gents Rolex 2003, Serial #F866576 seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921;
>
> 14kt yellow gold approximately 2.00 ct diamond ring seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921;
>
> 9.5 mm 8" 14 kt yellow gold heavy curb chain bracelet 33.57 DWT seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921;

4

Jewelry stolen during home burglary at 2801 Maple Hollow Lane, Knoxville, Tennessee 37931;[1]

Contents of People's Bank of the South CD, account number xxx4639 in the name of Clarence and Maurece McDowell;

Contents of TVA Employee Credit Union account number xxx7348-80 in the name of George Marcus Hall;

U.S. currency in the amount of $61,616.87 seized at 3212 Rudy Street, Knoxville, Tennessee, 37921;

Real property located in the Eighth Civil District of Knox County, Tennessee at 309 Tillery Drive, Knoxville, Tennessee 37912, belonging to Triple M, LLC. For further reference see Warranty Deed recorded on October 26, 2011, as Instrument Number 201110260022356 in the Register of Deeds for Knox County, Tennessee;

Real property located in the Eighth Civil District of Knox County, Tennessee at 0 Jones Road, Knoxville, Tennessee 37918, belonging to Maurece McDowell. For further reference see Warranty Deed recorded on October 15, 2001 as Instrument Number 200110150029274 in the Register of Deeds for Knox County, Tennessee;

Real property located in the Fifth Civil District of Knox County, Tennessee at 1220 Cassell Drive, Knoxville, Tennessee 37912, belonging to Triple M, LLC. For further reference see Warranty Deed recorded on October 26, 2011 as Instrument Number 201110260022357 in the Register of Deeds for Knox County, Tennessee; and

Real property located in the Fourth Civil District of Loudon County, Tennessee at 246 Hummingbird Drive, Vonore, Tennessee 37885, belonging to Amanda A. McDowell. For further reference see Quit Claim Deed recorded on December 28, 2010 in Book D345, Pages 81-82 in the Register of Deeds for Loudon County, Tennessee.

By virtue of the guilty plea and conviction, the Court has determined that the above-referenced properties identified in the Information and Bill of Particulars are subject to forfeiture

---

[1] The United States later learned that this jewelry includes, but is not limited to, a U-Boat watch, a Bulgari watch, a Baume and Mercier watch, a Philip Stein watch, a Tokyo Bay watch, and a Lockman watch.

5

pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(C), and 982(a)(1) and Title 28, United States Code, Section 2461(c), and that the United States had established the requisite nexus between the properties and the offenses for seizure pursuant to Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

1. That based upon the conviction of the defendant, GEORGE MARCUS HALL, for offenses in violation of Title 18, United States Code, Sections 1955 and 1956(h), the defendant agrees to forfeit the following properties pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(C), and 982(a)(1) and Title 28, United States Code, Section 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure. The properties include, but are not limited to:

    a. <u>Money Judgment</u>

        A money judgment in the sum of $5,000,000, which represents money obtained by the defendant as proceeds of the illegal gambling business in violation of 18 U.S.C. § 1955 and funds of the defendant that were involved in financial transactions conducted in violation of 18 U.S.C. § 1956(h).

    b. <u>Bank Accounts and Currency</u>

        Contents of People's Bank of the South, account number xxx619 in the name of Palace Package Store, Inc. and Clarence McDowell;

        U.S. Currency in the amount of $102,024.11, seized from BB&T account number xxx6280, in the name of George Marcus Hall;

        Contents of People's Bank of the South CD, account number xxx4639 in the name of Clarence and Maurece McDowell;

        Contents of TVA Employee Credit Union account number xxx7348-80 in the name of George Marcus Hall; and

U.S. currency in the amount of $61,616.87 seized at 3212 Rudy Street, Knoxville, Tennessee, 37921.

c. <u>Vehicles</u>

Proceeds in the amount of $1,000.00 received from Phillip D. Dean in lieu of forfeiture of 2009 Chrysler 300, red in color, VIN: 2C3KA33V99H601239, Tag# 150-VHB, registered to Phillip D. and Mary H. Dean, 840 Cunningham St., Alcoa, TN 37701-1504;

Sales proceeds in the amount of $7,100.00 for the 2009 Ford F150 Pickup Truck, white in color, VIN: 1FTRF12WX9KC36038, Tag# M63-88C, registered to George M. Hall, 2801 Maple Hollow, Lane, Knoxville, TN 37931-4141;[2]

Sales proceeds in the amount of $51,300.00 for the 2014 Porsche Panamera, black in color, VIN# WP0AA2A76EL006142, Tag# 981-ZFF, registered to George M. Hall, 700 E. Depot Ave, Knoxville, TN 37917-7611; and [3]

d. <u>Jewelry</u>

14kt gold diamond solitaire ring seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921;

Waterfall ring with 19 diamonds seized on June 8, 2015 at 2801 Maple Hollow Lane, Knoxville, Tennessee 37931;

14kt white gold bracelet with diamonds (Tag - $21,000) seized on June 8, 2015 at 2801 Maple Hollow Lane, Knoxville, Tennessee 37931;

Gents Rolex 2003, Serial #F866576 seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921;

14kt yellow gold approximately 2.00 ct diamond ring seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921;

9.5 mm 8" 14 kt yellow gold heavy curb chain bracelet 33.57 DWT seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921; and

---

[2] This property sold at public auction for the amount of $7,100.00 pursuant to an Order for Interlocutory Sale entered by this Court on December 11, 2015 (Doc. 13).

[3] This property sold at public auction for the amount of $51,000.00 pursuant to an Order for Interlocutory Sale entered by this Court on December 11, 2015 (Doc. 13).

Jewelry stolen during home burglary at 2801 Maple Hollow Lane, Knoxville, Tennessee 37931, which includes, but is not limited to the following properties:

    i)     a U-Boat watch;
    ii)    a Bulgari watch;
    iii)   a Baume and Mercier watch;
    iv)   a Philip Stein watch;
    v)    a Tokyo Bay watch; and
    vi)   a Lockman watch

e.    <u>Real Property</u>

Real property located in the Sixth Civil District of Knox County, Tennessee at 1207 Crest Brook Drive, Knoxville, Tennessee 37923, belonging to G. Marcus Hall. For further reference see Warranty Deed recorded on July 20, 2011 as Instrument Number 201107200003440 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Sixth Civil District of Knox County, Tennessee at 8515 Islandic Street, Knoxville, Tennessee 37931, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on May 24, 2006 as Instrument Number 2000605240098755 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Eighth District of Knox County, Tennessee at 5604 Matlock Drive, Knoxville, Tennessee 37931, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on April 1, 2010 as Instrument Number 201004010062123 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Sixth Civil District of Knox County, Tennessee at 4204, 4208, 4212, 4216, 4220 and 4221 Craigleath Way, Knoxville, Tennessee 37918, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on February 25, 2009 as Instrument Number 200902250053034 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Sixth Civil District of Knox County, Tennessee at 2801 Maple Hollow Lane, Knoxville, Tennessee 37918, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on August 11, 2005 as Instrument Number 200508110013718 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Sixth Civil District of Knox County, Tennessee at 745 Yorkland Way, Knoxville, Tennessee 37923, belonging to George Marcus Hall. For further reference see Warranty Deed recorded

on December 16, 2008 as Instrument Number 200812160037954 in the Register of Deeds for Knox County, Tennessee.

Real property located in the First Civil District of Knox County, Tennessee at 3307 Wilson Avenue, Knoxville, Tennessee 37914, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on October 2, 2006 as Instrument Number 200610020029009 in the Register of Deeds for Knox County, Tennessee.

Real property located in the First Civil District of Knox County, Tennessee at 915 South Castle Street, Knoxville, Tennessee 37914, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on April 19, 2006 as Instrument Number 200604190087106 in the Register of Deeds for Knox County, Tennessee.

Real property located in the First Civil District of Knox County, Tennessee at 2225 McCalla Avenue, Knoxville, Tennessee 37915, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on August 22, 2008 as Instrument Number 200808220013199 in the Register of Deeds for Knox County, Tennessee.

Real property located in the First Civil District of Knox County, Tennessee at 2227 McCalla Avenue, Knoxville, Tennessee 37915, belonging to Marcus Hall. For further reference see Warranty Deed recorded on March 24, 2009 as Instrument Number 200903240060176 in the Register of Deeds for Knox County, Tennessee.

Real property located in the First Civil District of Knox County, Tennessee at 312 South Elmwood Street, Knoxville, Tennessee 37914, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on August 19, 2009 as Instrument Number 200908190013677 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Seventh Civil District of Knox County, Tennessee at 314 & 316 East Churchwell Avenue, Knoxville, Tennessee 37917, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on February 26, 2010 as Instrument Number 201002260055074 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Seventh Civil District of Knox County, Tennessee at 301 Atlantic Avenue, Knoxville, Tennessee 37917, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on August 28, 2006 as Instrument Number 200608280018635 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Second Civil District of Knox County, Tennessee at 2325 Coker Avenue, Knoxville, Tennessee 37917, belonging

to George Marcus Hall. For further reference see Warranty Deed recorded on February 22, 2007 as Instrument Number 200702220067869 in the Register of Deeds for Knox County, Tennessee.

Real property located in the First Civil District of Knox County, Tennessee at 135 South Van Gilder Street, Knoxville, Tennessee 37915, belonging to George Marcus Hall. For further reference see Warranty Deed recorded on July 24, 2012 as Instrument Number 201207240004668 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Seventh Civil District of Knox County, Tennessee at 4435 Anderson Road, Knoxville, Tennessee 37918, belonging to George Marcus Hall, dba Growing Properties. For further reference see Warranty Deed recorded on November 15, 2010 as Instrument Number 201011150030259 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Fifth Civil District of Knox County, Tennessee at 3204 Rudy Street, Knoxville, Tennessee 37921, belonging to Palace Package Store, Inc. For further reference see Warranty Deed recorded on June 9, 2006 as Instrument Number 200606090103848 and Quit Claim Deed recorded on May 8, 2009 as Instrument Number 200905080072291 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Fifth Civil District of Knox County, Tennessee at 3208 and 3212, Rudy Street, Knoxville, Tennessee 37921, belonging to Triple M Property Management, LLC. For further reference see Warranty Deed recorded on February 18, 2010 as Instrument Number 201002180053395 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Eighth Civil District of Knox County, Tennessee at 309 Tillery Drive, Knoxville, Tennessee 37912, belonging to Triple M, LLC. For further reference see Warranty Deed recorded on October 26, 2011, as Instrument Number 201110260022356 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Eighth Civil District of Knox County, Tennessee at 0 Jones Road, Knoxville, Tennessee 37918, belonging to Maurece McDowell. For further reference see Warranty Deed recorded on October 15, 2001 as Instrument Number 200110150029274 in the Register of Deeds for Knox County, Tennessee.

Real property located in the Fifth Civil District of Knox County, Tennessee at 1220 Cassell Drive, Knoxville, Tennessee 37912, belonging to Triple M, LLC. For further reference see Warranty Deed recorded on October 26, 2011 as Instrument Number 201110260022357 in the Register of Deeds for Knox County, Tennessee.

> Real property located in the Fourth Civil District of Loudon County, Tennessee at 246 Hummingbird Drive, Vonore, Tennessee 37885, belonging to Amanda A. McDowell. For further reference see Quit Claim Deed recorded on December 28, 2010 in Book D345, Pages 81-82 in the Register of Deeds for Loudon County, Tennessee.

2. That the aforementioned forfeited properties are to be held by the United States Department of Treasury, Internal Revenue Service, or its designated agency in its secure custody and control.

3. That pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall give notice of its intent to dispose of the forfeited properties in such a manner as the United States Secretary of Treasury may direct. The Notice shall provide that any person other than the defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within sixty (60) days from the first day of publication of this Notice on the official United States Government internet website, which is www.forfeiture.gov.

4. The notice shall also state that the petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title and interest in the properties, the time and circumstances of the petitioner's acquisition of the right, title and interest in the properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person, as a substitute for published notice as to those persons so notified.

5. That upon adjudication of all other or third-party interests in the properties, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section

853, as incorporated by Title 18, United States Code, Section 982(b)(1), in which all interests will be addressed.

6. That the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to the Federal Rules of Criminal Procedure Rule 32.2(e).

7. That the Clerk of this Court shall provide a certified copy of this Order to the United States Attorney's Office.

ENTER:

PAMELA L. REEVES
UNITED STATES DISTRICT JUDGE

Submitted by:

NANCY STALLARD HARR
Acting United States Attorney

By:

JENNIFER KOLMAN
ANNE-MARIE SVOLTO
Assistant United States Attorneys

GEORGE MARCUS HALL
Defendant

ROBERT R. KURTZ
Attorney for the Defendant

RICHARD GAINES
Attorney for the Defendant